**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00410-CV**
_____

**IN RE M&M INDUSTRIAL SERVICES, INC.**

_____

**Original Proceeding**
**60th District Court of Jefferson County, Texas**
**Trial Cause No. B-209,929**
_____

**ORDER**

M&M Industrial Services, Inc., Relator, filed a petition for a writ of mandamus and a motion for temporary relief. *See* Tex. R. App. P. 52. Relator is a defendant in Trial Cause Number B-209,929, *Ezequiel Rodriguez v. M&M Industrial Services, Inc.* Relator seeks a writ compelling the Honorable Justin Sanderson, Judge of the 60th District Court of Jefferson County, Texas, to vacate an order denying a motion to compel arbitration and to grant an order compelling arbitration. *See* Tex. Gov't Code Ann. § 22.221.

1

Relator requests that all further proceedings in the trial court be stayed while this Court considers the mandamus petition.[1] The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that all further trial court proceedings in Trial Cause Number B-209,929 are STAYED until our opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of Relator as a condition to any relief herein granted.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED December 12, 2022.

PER CURIAM

Before Golemon, C.J., Kreger and Horton, JJ.

---

[1]As of this date, the Court has not received a notice of accelerated appeal of the trial court's order denying the motion to compel arbitration under the Federal Arbitration Act. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.016; *see also* Tex. R. App. P. 26.1(b). The appellate court may issue a stay order in either a mandamus proceeding or an accelerated appeal. *See* Tex. R. App. P. 29.3; 52.10.